**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sami Osmakac,

Plaintiff,

v.

United States of America,

Defendant.

Civ. No. 26-3233 (JWB/JFD)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

---

United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") in this matter on August 10, 2026. (Doc. No. 5.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The August 10, 2026 Report and Recommendation (Doc. No. 5) is **ACCEPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: September 25, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge